Case 3:22-cv-00003   Document 19   Filed on 10/21/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TRAVIS LEE HODGES, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:22-cv-00003 |
| COMMISSIONER OF SOCIAL SECURITY, | § § § § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 24, 2024, all pretrial matters in this social security disability appeal were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 4. Judge Edison filed a memorandum and recommendation on October 4, 2024, recommending that the Commissioner's decision be affirmed. Dkt. 18.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the briefing, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 18, is approved and adopted in its entirety as the holding of the court; and

(2) The Commissioner's decision is affirmed.

Signed on Galveston Island this 21st day of October 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE